In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, etc. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 1864–85th Street, Brooklyn, New York, Guaranteed by Bond and Mortgage Guarantee Company, Guarantee No. 170,904. In the Matter of the Application of the MORTGAGE COMMISSION OF THE STATE OF NEW YORK, etc. GEORGE FEINSTEIN and HYMAN MEERBAUM, Appellants; THE MORTGAGE CORPORATION OF NEW YORK, as Trustee, Respondent.— Resettled order denying respondent's application for authoriza-

tion by the court to enter into an extension agreement with the owner of the premises involved herein, affirmed, with ten dollars costs and disbursements. Appeal from original order dated January 19, 1942, dismissed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.